BOXES, INC.; Fin–Clair Corporation; Loy–Lange Box Company; The P.D. George Company; St. Louis Post–Dispatch; Warner–Jenkinson Company, Inc.; and Whitney Design, Inc., Appellants,

v.

Gregory F.X. DALY, License Collector of the City of St. Louis, Respondent.

No. ED 78150.

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 28, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 2001.

Application for Transfer Denied March 20, 2001.

Thomas L. Caradonna, Douglas M. Nieder, St. Louis, for appellant.

Thomas J. Ray, James J. Wilson, Patricia L. Wendling, & Mark J. O'Toole, St. Louis, for respondent.

filing a timely and proper appeal with the Commission. *Id.* at 784.

283

Before GARY M. GAERTNER, P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER, III, J.

*ORDER*

PER CURIAM.

Appellants appeal the judgment dismissing their petition in mandamus seeking to compel the License Collector of the City of St. Louis for recover and impound taxes paid under protest pursuant to section 139.031 RSMo Cum.Supp.1999. The facts and the arguments advanced on appeal in this case are essentially identical to those discussed in our opinion in *Pac–One, Inc. v. Gregory F.X. Daly*, 37 S.W.3d 278, decided contemporaneously with this case. We affirm the judgment for the reasons set forth in that opinion.